# ENTRY ORDER

## 2015 VT 141

## SUPREME COURT DOCKET NO. 2015-217

## NOVEMBER TERM, 2015

| | | |
|---|---|---|
| In re Christopher Sullivan, Esq. | } | Original Jurisdiction |
| | } | |
| | } | |
| | } | Professional Responsibility Board |
| | } | |
| | } | PRB NO. 2013-221 |

In the above-entitled cause, the Clerk will enter:

¶ 1.     The Court has received from the Professional Responsibility Board an Affidavit of Resignation filed by respondent Christopher Sullivan, as well a supporting Statement of Additional Facts filed by disciplinary counsel, as required by A.O. 9, Rule 19.

¶ 2.     Based on these filings, it is hereby ordered as follows:

(1) Respondent Christopher Sullivan is disbarred from the practice of law on consent. The date of disbarment shall be deemed to have commenced on June 12, 2015, the date that respondent was placed on interim suspension.

(2) Respondent shall comply with all of the provisions of A.O. 9, Rule 23.

BY THE COURT:

☒ Publish

☐ Do Not Publish

Paul L. Reiber, Chief Justice

John A. Dooley, Associate Justice

Marilyn S. Skoglund, Associate Justice

Beth Robinson, Associate Justice

Harold E. Eaton, Jr., Associate Justice